## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARLSTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No.  4:11-CV-1986-DDN |
| | ) |
| STATE OF MISSOURI, DEPARTMENT | ) |
| OF MENTAL HEALTH, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's motion for leave to commence

this action brought under Title II of the American's with Disabilities Act (ADA), 42 U.S.C. §

12131 *et seq*., without payment of the required filing fee [Doc. #2]. See 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support

of his application for in forma pauperis status [Doc. #3]. Plaintiff has failed to state (1) if he has

any cash on hand or money in a savings or checking account, and if he does, the total amount of

said account(s); (2) if he owns any real estate, stocks, bonds, notes, automobiles, or other

valuable property, and if he does, the value and description of each; (3) if he has any dependents;

and (4) if he has any debts and monthly bills. As such, the Court is unable to determine, at this

time, if he is financially unable to pay any portion of the filing fee. See 28 U.S.C. § 1915(a),

Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of

this Order to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23

(financial affidavit).

**IT IS FURTHER ORDERED** that, upon plaintiff's submission of a fully-completed CJA Form 23, the Clerk shall cause this case to be resubmitted to the undersigned for review under 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 within thirty days, the case shall be dismissed, without prejudice.

Dated this 17th day of January, 2012.

UNITED STATES MAGISTRATE JUDGE