UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHAEL HARLSTON, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:11-CV-1986-DDN |
| STATE OF MISSOURI, DEPARTMENT OF MENTAL HEALTH, | ) |
| Defendant. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court upon review of plaintiff's motion for leave to commence this action brought under Title II of the American's with Disabilities Act (ADA), 42 U.S.C. § 12131 *et seq.*, without payment of the required filing fee [Doc. #2]. See 28 U.S.C. § 1915(a).

Plaintiff has submitted a partially-completed financial affidavit CJA Form 23 in support of his application for in forma pauperis status [Doc. #3]. Plaintiff has failed to state (1) if he has any cash on hand or money in a savings or checking account, and if he does, the total amount of said account(s); (2) if he owns any real estate, stocks, bonds, notes, automobiles, or other valuable property, and if he does, the value and description of each; (3) if he has any dependents; and (4) if he has any debts and monthly bills. As such, the Court is unable to determine, at this time, if he is financially unable to pay any portion of the filing fee. See 28 U.S.C. § 1915(a), Local Rule 2.05(A).

In accordance with the foregoing,

**IT IS HEREBY ORDERED** that plaintiff shall have thirty (30) days from the date of this Order to pay the statutory filing fee of $350.00, or to submit a fully completed CJA Form 23 (financial affidavit).

**IT IS FURTHER ORDERED** that, upon plaintiff's submission of a fully-completed CJA Form 23, the Clerk shall cause this case to be resubmitted to the undersigned for review under 28 U.S.C. § 1915.

**IT IS FURTHER ORDERED** that if plaintiff fails to pay the filing fee or to submit a fully-completed CJA Form 23 within thirty days, the case shall be dismissed, without prejudice.

Dated this 17th day of January, 2012.

/s/ David D. Noce
UNITED STATES MAGISTRATE JUDGE